UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frandy De Jesus Espinal Goris, on behalf of himself and all other persons similarly situated,<br><br>       *Plaintiff,*<br><br>   - vs. –<br><br>Inter Trucking Inc. and Robinson Caba,<br><br>       *Defendants.* | DOCKET NO. 2:24-cv-03113 (EK) (ARL)<br><br>NOTICE OF MOTION |

### NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE, that upon the Affirmation of Michael Samuel, Esq., attorney for plaintiff Frandy De Jesus Espinal Goris ("Plaintiff"), the accompanying declaration of Plaintiff, and all pleadings and supporting materials filed herein, Plaintiff hereby moves this Court, pursuant to Fed. R. Civ. P. 55.2(b), for a default judgment against defendants Inter Trucking Inc. and Robinson Caba in the amount of a sum certain of **$52,677.83**, plus attorneys' fees and costs in the amount of a sum certain of **$3,774.00**, amounting in all to **$56,451.83**, or in the alternative for a proof hearing to establish Plaintiff's damages.

Dated:  June 27, 2025

              */s/* Michael Samuel__
              Michael Samuel, Esq. (MS7997)
              The Samuel Law Firm
              1441 Broadway, Suite 6085
              New York, NY 10018
              Tel: (212) 563-9884
              michael@thesamuellawfirm.com
              Attorneys for Plaintiff