UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frandy De Jesus Espinal Goris, on behalf of himself and all other persons similarly situated,<br><br>        *Plaintiff,*<br><br>  - vs. –<br><br>Inter Trucking Inc. and Robinson Caba,<br><br>        *Defendants.* | DOCKET NO. 2:24-cv-03113 (EK) (ARL)<br><br>NOTICE OF MOTION |

### NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE, that upon the Affirmation of Michael Samuel, Esq., attorney for plaintiff Frandy De Jesus Espinal Goris ("Plaintiff"), along with the accompanying Declaration of Plaintiff, supporting memorandum of law, and all pleadings and supporting materials filed herewith, Plaintiff hereby moves this Court, pursuant to Fed. R. Civ. P. 55.2(b), for a default judgment against defendants Inter Trucking Inc. and Robinson Caba in the amount of a sum certain of **$38,444.74**, plus attorneys' fees and costs in the amount of a sum certain of **$6,324.00**, amounting in all to **$44,768.74**, or in the alternative for a proof hearing to establish Plaintiff's damages.

Dated: New York, New York
    November 17, 2025

                       */s/ Michael Samuel*
                       Michael Samuel, Esq. (MS7997)
                       The Samuel Law Firm
                       1441 Broadway, Suite 6085
                       New York, NY 10018
                       Tel: (212) 563-9884
                       michael@thesamuellawfirm.com
                       *Attorneys for Plaintiff*