UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

FRANDY DE JESUS ESPINAL GORIS,

                 Plaintiff,

         -against-

INTER TRUCKING, INC. and ROBINSON
CABA,

                Defendants.

------------------------------------x

**MEMORANDUM & ORDER**
24-CV-3113 (EK)(ARL)

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Lindsay's Report and Recommendation (R&R) dated June 25, 2026.  ECF No. 25.  Judge Lindsay recommends that we grant plaintiff's second motion for a default judgment and award him (1) $3,006.67 in unpaid minimum wages; (2) $5,130 in unpaid overtime; (3) $2,355 in spread-of-hour compensation; (4) $10,491 in liquidated damages; (5) $3,760 in prejudgment interest; and (6) $6,324 in attorneys' fees and costs.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Lindsay's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I adopt the R&R in substantial part, modifying only certain portions of the damages calculation.  Plaintiff miscalculated his own unpaid minimum wages, applying the "missing regular wage" per hour only to the first forty hours he worked each week.  The corrected calculation is as follows:

| Start Date | End Date | No. Weeks | Hours Worked Per Week | Weekly Pay | Hourly Rate | Min. Wage | Missing Regular Wage | Min. Wage Owed Per Period |
|---|---|---|---|---|---|---|---|---|
| 3/20/2022 | 4/2/2022 | 2 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $240.00 |
| 4/3/2022 | 4/9/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 4/10/2022 | 4/30/2022 | 3 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $360.00 |
| 5/1/2022 | 5/7/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 5/8/2022 | 6/4/2022 | 4 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $480.00 |
| 6/5/2022 | 6/11/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 6/12/2022 | 7/2/2022 | 3 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $360.00 |
| 7/3/2022 | 7/9/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 7/10/2022 | 8/6/2022 | 4 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $480.00 |
| 8/7/2022 | 8/13/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 8/14/2022 | 9/3/2022 | 3 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $360.00 |
| 9/4/2022 | 9/10/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 9/11/2022 | 10/1/2022 | 3 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $360.00 |
| 10/2/2022 | 10/8/2022 | 1 | 72 | $780.00 | $10.83 | $15.00 | $4.17 | $300.00 |
| 10/9/2022 | 10/15/2022 | 1 | 60 | $780.00 | $13.00 | $15.00 | $2.00 | $120.00 |

The liquidated damages calculation is also modified accordingly.

Thus, plaintiff shall be awarded damages as follows: (1) $4,860 in unpaid minimum wages; (2) $5,130 in unpaid overtime; (3) $2,355 in spread-of-hour compensation; (4) $12,345 in liquidated damages; (5) $6,324 in attorneys' fees and costs; and (6) prejudgment interest on the unpaid minimum wages, unpaid overtime, and spread-of-hour compensation, calculated at a rate of 9% from July 2, 2022 through the date of judgment.  The Clerk of Court is respectfully directed to issue a judgment that awards plaintiff damages in the above amounts, and to close the case.

SO ORDERED.

    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:    July 23, 2026
          Brooklyn, New York